| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | JENNIFER L. STENEBERG (State Bar No. 202985)<br>THOMAS E. FRANKOVICH, |
| 3 | *A Professional Law Corporation*<br>2806 Van Ness Avenue |
| 4 | San Francisco, CA 94109<br>Telephone:   415/674-8600 |
| 5 | Facsimile:    415/674-9900 |
| 6 | Attorneys for Plaintiffs LES JANKEY<br>and DISABILITY RIGHTS ENFORCEMENT, |
| 7 | EDUCATION SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | ) ) ) ) ) | **CASE NO. C 06-3423 CRB**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HERITAGE MARINA HOTEL; HERITAGE MARINA HOTEL LLC., a limited liability company; JMA VENTURES, LLC, a California limited liability company; and DOES 2-20, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                                         1

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4     This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

6 Dated: May 21, 2007     THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

8     By:   /s/
    Jennifer L. Steneberg
9     Attorney for Plaintiffs LES JANKEY and
    DISABILITY RIGHTS ENFORCEMENT,
10     EDUCATION SERVICES

11 Dated: May 16, 2007     ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS, LLP

14     By:   /s/
    Randal Ivor-Smith
    Attorneys for Defendant JMA VENTURES, LLC.

15 Dated: May 21, 2007     VAUGHAN & ASSOCIATES

18     By:   /s/
    Cris C. Vaughan
    Attorneys for HERITAGE MARINA HOTEL LLC.

20 **ORDER**

21     IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to
22 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
23 the purpose of enforcing the parties' Settlement Agreement and General Release should such
24 enforcement be necessary.
25 Dated: _May 22_____, 2007

27 _____
Hon. Charles R. Breyer
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer